UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRANDON LANFERSIEK,

    Plaintiff,                                        Case No. 3:22-cv-131

vs.

O'CHARLEY'S, LLC,                  District Judge Michael J. Newman
                                                              Magistrate Judge Caroline H. Gentry

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 45 days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Date:   October 6, 2022                                s/Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge